IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-0411 JSW (MEJ) |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER RE: |
| PAUL EUGENE WEIN JR., | ) TRANSPORTATION EXPENSES |
| Defendant. | ) |

GOOD CAUSE APPEARING, and because the interests of justice are served and the Court is satisfied that the defendant, having previously submitted a financial affidavit and qualified for the services of the Federal Public Defender, is completely unable to provide the necessary transportation,

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Northern District of California shall furnish transportation and subsistence expenses to Paul Eugene Wein Jr., to enable him to travel from Midland, Texas, where he resides, to the Northern District of California to appear on Tuesday, July 7, 2015, at 1:00 p.m. before District Judge Jeffrey S. White at the federal courthouse located at 1301 Clay Street, Oakland, California for sentencing.

SO ORDERED.

DATED: July 6, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

*US v. Wein,* CR 14-0411 JSW,
ORDER RE: EXPENSES